# IN THE SUPREME COURT OF THE STATE OF NEVADA

FORE STARS, LTD., A NEVADA LIMITED LIABILITY COMPANY; 180 LAND CO., LLC, A NEVADA LIMITED LIABILITY COMPANY; SEVENTY ACRES, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CITY OF LAS VEGAS,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE NANCY L. ALLF, DISTRICT JUDGE,

Respondents,

and

JACK B. BINION, AN INDIVIDUAL; DUNCAN R. LEE AND IRENE LEE, INDIVIDUALS AND TRUSTEES OF THE LEE FAMILY TRUST; FRANK A. SCHRECK, AN INDIVIDUAL; TURNER INVESTMENTS, LTD., A NEVADA LIMITED LIABILITY COMPANY; ROGER P. WAGNER AND CAROLYN G. WAGNER, INDIVIDUALS AND TRUSTEES OF THE WAGNER FAMILY TRUST; BETTY ENGLESTAD, AS TRUSTEE OF THE BETTY ENGLESTAD TRUST; PYRAMID LAKE HOLDINGS, LLC; JASON AWAD AND SHEREEN AWAD, AS TRUSTEES OF THE AWAD ASSET PROTECTION TRUST; THOMAS LOVE, AS TRUSTEE OF THE ZENA TRUST; STEVE THOMAS AND KAREN THOMAS, AS TRUSTEES OF THE STEVE AND KAREN THOMAS TRUST; SUSAN SULLIVAN, AS TRUSTEE OF THE

No. 73813



FILED

MAR 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

18-09455

KENNETH J. SULLIVAN FAMILY
TRUST; DR. GREGORY BIGLER; AND
SALLY BIGLER,
Real Parties in Interest.

## ORDER DENYING PETITION

This original petition for a writ of prohibition or mandamus challenges a district court order denying petitioners' motion for summary judgment. Having reviewed the petition, we are not convinced that petitioners have met their burden of demonstrating that our intervention is warranted. *See Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). We therefore

ORDER the petition DENIED.[1]

_____, Sr. J.
Rose

_____, Sr. J.
Maupin

STIGLICH, J., dissenting:

I dissent. I would entertain the writ petition.

_____, J.
Stiglich

---

[1]The Honorables Michael L. Douglas, Chief Justice, and Michael A. Cherry, Mark Gibbons, Kristina Pickering, James W. Hardesty, and Ron Parraguirre, Justices, voluntarily recused themselves from participation in the decision in this matter.

(O) 1947A

cc:    Hon. Nancy L. Allf, District Judge
Las Vegas City Attorney
The Jimmerson Law Firm, P.C
Pisanelli Bice, PLLC
Eighth District Court Clerk